In the Matter of the Petition of SYRACUSE GRADE CROSSING COMMISSION, under Chapter 439 of the Laws of 1926, as Amended by Chapter 825 of the Laws

of 1928, as to Elimination of Grade Crossings of Streets and Avenues (including Lengthwise Occupation) by Railroads, etc., and as to Plan and Modification of Plan Therefor.— Order affirmed, with costs. All concur.